FILED 24 MAY '17 10:27 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND   DIVISION

Eugene James May

_(Enter full name of plaintiff(s))_

**Plaintiff(s),**

v.

Sherriff Mark Garland
Polk County

_(Enter full name of ALL defendant(s))_

**Defendant(s).**

Civil Case No. __3:17cv00817-SI__
_(to be assigned by Clerk of the Court)_

**PRISONER CIVIL RIGHTS COMPLAINT**

## I.

A. Have you brought any other action or appeal in a court of the United States while a prisoner?

      Yes ☑     No ☐

B. If your answer to A is yes, how many? _____. Describe the lawsuit(s) in the space below. _(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)_

   1. Parties to the previous lawsuit:

      Plaintiff(s): _____

      _____

Defendant(s): _____

_____

2. Court: _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

6. Approximate date of filing: _____
7. Approximate date of disposition: _____

## II.

A. Place of confinement: ~~Two Rivers Correctional Inst.~~ — Polk county Jail
   Two Rivers Correctional Inst. -

B. Is there a prisoner grievance procedure in this institution?

   Yes ☒    No ☐

C. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒    No ☒

   If your answer is no, explain why not:

   Polk co. — They would not give me a greivance — or Habius corpus — or delivery!

   Prison — It's Being looked Into By Risk managemunt.

D. Is the grievance process completed?

   Yes ☐    No ☒

   Not By The prison. I want to Site on Both D.O.C. and Polk County!
   — If i can only Do 1 then it will Be Polk county —

### III. PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A. Name of plaintiff: Eugene James May

Security Identification No.: 10114728

Address: 82911 Beach access Rd, Umatilla Oregon, 97882

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.)*

B. Defendant Mark Courtland is employed as Sherriff at Polk County Jail

Defendant . Sos is employed as Sgt Deputy Sherriff at Polk county Jail

Defendant Redding is employed as Sgt Deputy Sherr.ff at Polk County Jail

Defendant Medical Staff is employed as medical at Polk County Jail

Defendant _____ is employed as _____ at _____

Additional defendants: pretty much all the Deputies at the Jail —

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

5Th & 8Th ammendments
Failed to follow Through with ongoing medical Treatment
Failed to provide - greivance - Habias Corpus - notery!

Supporting Facts: *(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

I was taken into The Jail Held and wasnt Cleared to Be in The Jail my wounds were Septic, as i showed to Staff They put me in medical away from all other people, my finger got Dislocated while septic and They Did nothing - showed it to Sgts Sos-Podding and Both said it looks Fuck up and Rotting off. Hurts like Hell- When i Did see a Deputy that was Civil - He amediatly sought professional Help - i was seen By another nurse who emediatly - got medical attention - and Had me Transported to Hospital to exray - finger - set and got to another Doctor-
That Deputy was taken from Jail Duty and put on - Road -!
i was Then Transported to State Custody...
Linn County would not Let me in The Jail -
Polk County medical Isolated me for 3-½ wks till Their Dr. Cleared me to Be There...

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

5Th & 8Th ammendments

_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V. RELIEF

*State briefly exactly relief you are seeking. Make no legal arguments. Cite no cases or statutes.*

1 million Dollars and all medical expenses paid. I Had to Have my finger Removed
_____
_____
_____
_____

Signed this 14 day of May, 2017.

Eugene James May
Leslie May
(Signature of Plaintiff(s))